UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN SILVERSTEIN<br>7718 ELBA RD<br>ALEXANDRIA, VA 22306,<br><br>    Plaintiff,<br><br>v.<br><br>JAYSON GRAY<br>PCP 9th FLOOR<br>550 12th STREET, SW<br>WASHINGTON, DC 20202,<br><br>    Defendant. | Civil Action No. 17-1225 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant Jayson Gray respectfully notifies the Court as follows:

1. Jayson Gray, an employee of the Department of Education, has been named as defendant in a civil action now pending in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch, Case No. 2017 SC3 002624, titled *Alan Silverstein v. Jayson Gray*, in which an initial hearing with the Court currently is scheduled for June 23, 2017.

2. The above-entitled action was commenced on or about May 30, 2017. The Office of the United States Attorney received a copy of the Complaint on June 9, 2017, although the office has not been properly served. A copy of this Complaint is attached hereto as Exhibit A.

3. A certification, pursuant to 28 U.S.C. § 2679, is being filed with the Court this date,

1

substituting the United States as the sole federal defendant in this action for any common law claims plaintiff may be seeking to assert against defendant Jayson Gray. See Exhibit B, attached hereto.

4. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2), since plaintiff's action against defendant is one in which the District Court has original jurisdiction, defendant Jayson Gray was and is an officer sued for an alleged act performed under color of his office, and a certification has been filed pursuant to 28 U.S.C. § 2679(d).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2).

Dated June 21, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar # 415793
United States Attorney
District of Columbia

DANIEL VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By:    /s/ *Joshua L. Rogers*
JOSHUA L. ROGERS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2578
Joshua.Rogers3@usdoj.gov

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2017, service of the foregoing Notice of Removal of a Civil Action has been made by first-class mail, postage prepaid, to:

ALAN SILVERSTEIN
7718 ELBA RD
ALEXANDRIA, VA   22306

/s/ *Joshua L. Rogers*
JOSHUA L. ROGERS
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2578